# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 02, 2023

Ms. Cynthia Eva Hujar Orr
Goldstein & Orr, P.L.L.C.
310 S. Saint Mary's Street
Tower Life Building
Suite 2900
San Antonio, TX 78205-0000

　　No. 23-40068　USA v. Cuellar
　　　　　　　　　USDC No. 7:19-CR-522-3
　　　　　　　　　USDC No. 7:19-CR-522-1

Dear Ms. Orr,

We received your transcript order form filed as motion to obtain transcript. Because filer did not select the correct filing event, nor file this document in the lead case, we are taking no action on this motion and same will be removed from the docket.

Please correctly file the transcript order form in the lead case, 23-40033, using the event 'ECF transcript order form', found in the Transcript category.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Rebecca L. Leto, Deputy Clerk
　　　　　　　　　　　　　　　504-310-7703

cc:　Mr. Gerald Harris Goldstein
　　　Mr. William Gullotta
　　　Ms. Carmen Castillo Mitchell
　　　Mr. Walter Mabry Reaves Jr.