# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

March 12, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

   No. 23-40033   USA v. Quintanilla

   Projected Week of Hearing **6/3/2024**
   -------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                              CALENDARING DEPARTMENT
                              clerk_calendaring@ca5.uscourts.gov

Mr. Gerald Harris Goldstein
Ms. Renata Ann Gowie
Ms. Carin Denyce Groh
Mr. Michael Clark Gross
Mr. William Gullotta
Ms. Carmen Castillo Mitchell
Ms. Cynthia Eva Hujar Orr

Mr. Walter Mabry Reaves Jr.